

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00854-CR

Romeo **HINOJOSA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CRM-635-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 7, 2014.

_____
Patricia O. Alvarez, Justice